UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

FILED
AUG 27 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| EVANGELINA ULANOFF, § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. SA-97-CA-0534-OG |
| § | |
| WILLIAM J. HENDERSON, § | |
| Postmaster General, § | |
| United States Postal Service, § | |
| Defendant. § | |

## FINAL JUDGMENT

This case was called for jury trial on August 16, 1999. The parties and their attorneys appeared and announced ready for trial. The Court impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court instructed the jury, and it duly rendered its verdict.

In accordance with that verdict, it is ORDERED that plaintiff Evangelina Ulanoff take nothing by her suit, and that JUDGMENT is granted in favor of defendant William J. Henderson. Costs are taxed against the plaintiff.

All relief not granted in this judgment is DENIED.

SIGNED and ENTERED this 27 day of August, 1999.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

134