UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EVANGELINA ULANOFF, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NUMBER: |
| | § |
| MARVIN T. RUNYON, | § |
| POSTMASTER GENERAL, | § SA-97-CA-534-OG |
| UNITED STATES POSTAL | § |
| SERVICE, | § |
| | § |
| Defendant. | § |

FILED
Oct 25  11 00 AM '99

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that EVANGELINA ULANOFF, Plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this case on August 27, 1999.

Respectfully submitted,

THE LAW OFFICES OF
SABRINA C. ARELLANO

115 East Travis Street
Suite 943
San Antonio, Texas  78205
Telephone:  (210) 224-7818
Telecopier: (210) 224-5124

Sabrina C. Arellano
State Bar No.: 01299600

ATTORNEY FOR PLAINTIFF
EVANGELINA ULANOFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Notice of Appeal has been sent by certified mail, return receipt requested to the following:

Ms. Karen B. Norris
Assistant United States Attorney
601 N.W. Loop 410, #600
San Antonio, Texas  78216

on this the 25th day of October, 1999.

SABRINA C. ARELLANO